O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　Plaintiff,<br>　　　v.<br>CASEAR MORALES, HUGO MORALES, MARIA RODRIGUEZ, JUAN MORALES, and DOES 1–100,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-3728-ODW(MRWx)<br><br>**ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT** |

On May 8, 2013, Defendants, having been sued in what appears to be a routine unlawful-detainer action in California Superior Court, removed the matter to this Court. The Court **REMANDS** this case for lack of subject-matter jurisdiction.

Removal was improper here because Plaintiff's unlawful-detainer Complaint does not competently allege facts creating subject-matter jurisdiction. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp. v. Allapatah Servs., Inc.*, 545 U.S. 546, 563 (2005). First, this unlawful-detainer action does not give rise to a federal question. *Galileo Fin. v. Miin Sun Park*, No. 09-1660, 2009 WL 3157411, at *1 (C.D. Cal. Sept. 24, 2009) ("Here, the complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law. Thus, from the face of the complaint, it is clear that no basis for federal question jurisdiction exists."); *see also Hunter v. Philip Morris USA*, 582 F.3d 1039, 1042–43 (9th Cir. 2009) ("It is settled law that a case

may not be removed to federal court on the basis of a federal defense." (internal quotation marks omitted)). Second, the amount in controversy does not exceed the diversity jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b); *Evans v. Superior Court*, 67 Cal. App. 3d 162, 170 (1977) (noting that only possession—not title—is at issue in an unlawful-detainer action). And even if the amount in controversy were met, Defendants reside in the forum state and therefore cannot properly remove this action. 28 U.S.C. § 1441(b).

The Court therefore **REMANDS** this action to the Superior Court of California, Los Angeles County, 9425 Penfield Ave, Chatsworth, CA 91311, case number 12H00891. *See* 28 U.S.C.§ 1447(c).

**IT IS SO ORDERED.**

May 10, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**